UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:20-cr-09 DRL-SLC |
| COREY NESBITT-CAMPBELL, | |
| Defendant. | |

ORDER

The court has reviewed the findings and recommendation of Magistrate Judge Susan Collins filed August 10, 2020 (ECF 43). On August 10, 2020, Corey Nesbitt-Campbell pleaded guilty to counts one and two of the three-count indictment—counts that charged him with possessing with the intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) and possessing a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c). The time for filing objections has passed, and the court now adopts the findings and recommendation in their entirety, including the Magistrate Judge's finding under the CARES Act. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to this offense as charged in the indictment is hereby ACCEPTED, and the defendant is adjudged guilty of such offenses.

The court will set a sentencing schedule for this matter.

SO ORDERED.

August 25, 2020                                                  *s/ Damon R. Leichty*
                                                                 Judge, United States District Court